**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:
    **Chet Harris**　　　　　　　　　　　　　　　　Case No.: **16−99004**
    　　　　　　　　　　　　　　　　　　　　　　　Chapter: **13**
    　　　　　　　　　　　　　　　　　　　　　　　Judge:

## *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on <u>7/21/16</u>, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 07/28/16**
None Apply

**To be Filed by 08/04/16**
Statement of Financial Affairs (Official Form B107)
Schedules A/B thru J (Official Forms B106A/B − B106J)
Summary of Assets and Liabilities (Official Form B106 Summary)
Declaration About Debtors Schedules (Official Form B106)
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B122 C−1) and, if applicable, Chapter 13 Calculation of Your Disposable Income (Form B122 C−2)
Chapter 13 Plan, complete with signatures
Certificate of Credit Counseling

**To be filed by 08/20/16**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 7/21/16　　　　　　　　　　　　　　　　M. Regina Thomas
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Form 430b December 2015　　　　　　　　　　　By: Anise A. Anthony
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk