UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Chet Harris

Case No. 16-99004

Chapter _____

Debtor

STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

[✓] I am unemployed; or

[ ] I am self-employed; or

[ ] My employer did not provide pay stubs.

[ ] Other _____

Dated: Chet Harris                    Chet Harris
                                        Debtor