# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

In re _Chet Harris_

Debtor(s)

Case No. _16-99004_

Chapter _13_

*[Filed stamp: 2016 JUL 21 PM 12:06, M. Regina Thomas, Clerk, Deputy Clerk]*

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS
## FOR INDIVIDUALS OR JOINT DEBTORS

1. In accordance with Fed. R. Bankr. P. 1006 and General Order No. 16-2013 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $ _310.00_ in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.

2. I am unable to pay the filing fee except in installments.

3. I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee:

   - First Installment of $ _75.00_, with the filing of the petition.
   - Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ _117.50_, on or before 30 days from the date the bankruptcy petition was filed.
   - Final Installment of the remaining unpaid balance of the filing fee in the amount of $ _117.50_, on or before 60 days from the date the bankruptcy petition was filed.

5. **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.**

_____   _____   _Chet Harris_____   _____
Signature of Attorney        Date       Signature of Debtor            Date

                                        (In a joint case, both Debtors must sign)

_____               _7-21-2016_____
Name of Attorney                         Signature of Joint Debtor     Date

1

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2013)