16-99064

Creditor Mailing Matrix
(Creditor Name and Mailing Address ONLY) *Amended*

| | |
|---|---|
| J JEAN-ST JEAN<br>PO-BOX 82965<br>CONYERS GA 30013<br>404 723-1074 | Amen |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2016 JUL 22  AM 10: 03

M. REGINA THOMAS
CLERK

BY:
DEPUTY/CLERK