**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303
404–215–1000

---

In Re:  **Chet Harris**

Debtor(s)

Case No.: **16–99004–bem**
Chapter:  **13**
Judge:  **Barbara Ellis–Monro**

---

## NOTICE OF DEFICIENCY

You are hereby notified that Document # 9 filed on July 22, 2016, is deficient for the following reasons:

The required filing fee was not paid. Please remit required fee via cashier's check or money order payable to the Clerk, U. S. Bankruptcy Court, or through the Payment of Fees event if you are a registered ECF participant. Checks from a debtor cannot be accepted. (28 U.S.C. 1930). Fee due: $30.00

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 7/22/16

M. Regina Thomas
Clerk of Court

By: Karen Simpson
Deputy Clerk

Form 431 – Notice of deficiency 12–2015