**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

---

In Re:  **Chet Harris**                                 Case No.: **16−99004−bem**
                                                        Chapter:  **13**
                                                        Judge: **Barbara Ellis−Monro**

          Debtor(s)

---

## NOTICE OF DEFICIENCY

You are hereby notified that Document # 9 filed on July 22, 2016, is deficient for the following reasons:

The required filing fee was not paid. Please remit required fee via cashier's check or money order payable to the Clerk, U. S. Bankruptcy Court, or through the Payment of Fees event if you are a registered ECF participant. Checks from a debtor cannot be accepted. (28 U.S.C. 1930). Fee due: $30.00

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 7/22/16                                           M. Regina Thomas
                                                        Clerk of Court

                                                        By: Karen Simpson
                                                        Deputy Clerk

Form 431 − Notice of deficiency 12−2015

United States Bankruptcy Court
Northern District of Georgia

In re:                                                          Case No. 16-99004-bem
Chet Harris                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: simpsonk          Page 1 of 1          Date Rcvd: Jul 22, 2016
                              Form ID: 431            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
db             +Chet Harris,   1910 Heritage Drive,   Conyers, GA 30094-6278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0