**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re:  Debtor(s)
      **Chet Harris**
                                          Case No.: **16−99004−bem**
                                          Chapter:  **13**

# Order Dismissing Case For Failure Of Debtor
# To Correct Filing Deficiency

The above referenced case was filed on July 21, 2016. A Notice was issued by the Clerk on July 21, 2016 directing the debtor to correct one or more filing deficiencies, and the debtor has failed to comply with the Notice, and/or any subsequent order extending the time to cure filing deficiencies. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by September 6, 2016.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on August 23, 2016.

Barbara Ellis−Monro
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 Russell Federal Building**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Dated: 8/23/16

Form 522

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 16-99004-bem
Chet Harris                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9           User: css2                  Page 1 of 1                  Date Rcvd: Aug 23, 2016
                               Form ID: 522                Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
db             +Chet Harris,   1910 Heritage Drive,   Conyers, GA 30094-6278
20035306       +Dish Network,   205 E Ponce de Leon Ave,   Decatur, GA 30030-3405
20035307       +JC Penny,   8040 Mall Pkwy,   The Mall at Stonecrest,   Lithonia, GA 30038-2542
20035495       +Jean-St Jean,   PO Box 82965,   Conyers, GA 30013-8013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20035305         +EDI: AAEO.COM Aug 23 2016 20:58:00      Aaron's,   1680 Hwy 138 SE,   Ste I,
                  Conyers, GA 30013-1281
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
              Mary Ida Townson    courtdailysummary@atlch13tt.com
              Shannon D Sneed    on behalf of Creditor Jean  St. Jean bankruptcy@sneedlaw.net
                                                                                                TOTAL: 2