# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
    **Chet Harris**
    1910 Heritage Drive
    Conyers, GA 30094

    xxx−xx−3786

Case No.: **16−99004−bem**
Chapter: **13**
Judge: **Barbara Ellis−Monro**

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

    It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

    It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

_____
Barbara Ellis−Monro
United States Bankruptcy Judge

Dated: September 28, 2016

Form 176

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 16-99004-bem
Chet Harris                                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: cornettj          Page 1 of 1          Date Rcvd: Sep 28, 2016
                              Form ID: 176            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
db             +Chet Harris,   1910 Heritage Drive,   Conyers, GA 30094-6278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              Mary Ida Townson    courtdailysummary@atlch13tt.com
              Shannon D Sneed   on behalf of Creditor Jean  St. Jean bankruptcy@sneedlaw.net
                                                                                             TOTAL: 2